UNITED STATES DISTRICT COURT  FILED
DISTRICT OF CONNECTICUT

2003 DEC 18 P 12: 23

THOMAS WHITE, ET AL.      :   CIVIL ACTION NO. 3:02CV1589(WWE)
   *Plaintiff*      :
                                  :   US DIST...
                                  :   BRIDGEPORT
v.                        :
                                  :
                                  :
NORMAN NAULT, ET AL.      :
   *Defendants*     :   December 17, 2003

### DEFENDANTS' MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

The defendants hereby move to extend the dispositive motion deadline by two months, up to an including March 31, 2004. In support hereof, the defendants represent as follows:

1. The current dispositive motion deadline is January 30, 2004.

2. The parties have been diligently pursuing discovery, including written discovery and depositions. Defendants will not be seeking an extension of the discovery deadline. Nor, on information and belief, will plaintiffs seek any such extension.

3. Undersigned counsel appeared in this case in lieu of defendants' original counsel on September 11, 2003, and has spent much of the time since then attempting to familiarize himself with the voluminous file, completing discovery, and preparing the case for a possible summary judgment motion.

4. Defendants intend to move for summary judgment as to all claims against all defendants. This motion will be time-consuming to prepare, dealing with a complicated factual record and difficult legal issues. Preparing the motion will require careful review of several boxes of documents, preparation of several lengthy affidavits, review and excerpting of deposition transcripts and transcripts of state criminal court proceedings, and preparation of a lengthy brief.

In light of undersigned counsel's other duties, an extension of time is necessary in order for the motion to be adequately prepared.

5. This is the first motion to extend the dispositive motion deadline.

6. Plaintiffs' counsel, T.J. Morelli-Wolfe, has informed undersigned counsel that he does not oppose this motion.

For the foregoing reasons, the defendants respectfully request that their motion to extend the dispositive motion deadline be granted.

DEFENDANTS

NORMAN NAULT, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
PERRY ZINN ROWTHORN
Assistant Attorney General
Federal Bar No. ct19749
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5020
Fax: (860)808-5347
Perry.Zinn-Rowthorn@po.state.ct.us

## **CERTIFICATION**

I hereby certify that the original of the foregoing was served by certified mail, postage prepaid, on this 17th day of December, 2003 to:

T.J. Morelli- Wolfe
Jon L. Schoenhorn
97 Oak Street
Hartford, CT  06106

Perry Zinn Rowthorn
Assistant Attorney General