UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 DEC 23 P 12: 06

| | | |
|---|---|---|
| THOMAS WHITE, *et al.* | : | CIVIL ACTION NO. |
|     Plaintiffs | : | 3:02CV1589 (WWE) |
| | : | |
| v. | : | |
| | : | |
| NORMAN NAULT, *et al.* | : | |
|     Defendants | : | DECEMBER 22, 2003 |

### MOTION TO WITHDRAW APPEARANCE AS COUNSEL FOR PLAINTIFFS

The undersigned counsel for the plaintiffs hereby moves for permission to withdraw his appearance. In support hereof, the undersigned states as follows:

1. I filed my appearance as an associate attorney with the firm retained by the plaintiffs.

2. As of January 2, 2004, I will no longer be employed by said firm as I am opening my own practice in Gales Ferry, Connecticut.

WHEREFORE, the undersigned requests that this motion be granted.

THE PLAINTIFFS

BY: _____
T.J. Morelli-Wolfe
Fed. Bar No. ct22688
JON L. SCHOENHORN & ASSOC.
97 Oak Street, Hartford, CT 06106

### CERTIFICATION

This is to certify that a copy of the foregoing was mailed on the date of this pleading to the following:

Perry Zinn Rawthorn, Esq.
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

_____
T.J. Morelli-Wolfe