*02CV1589 NEXT TIME*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 18 P 12: 23

US DISTRICT
BRIDGEPORT

| | | |
|---|---|---|
| THOMAS WHITE, ET AL. | : | CIVIL ACTION NO. 3:02CV1589(WWE) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| NORMAN NAULT, ET AL. | : | |
| *Defendants* | : | December 17, 2003 |

### DEFENDANTS' MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

The defendants hereby move to extend the dispositive motion deadline by two months, up to an including March 31, 2004. In support hereof, the defendants represent as follows:

1. The current dispositive motion deadline is January 30, 2004.

2. The parties have been diligently pursuing discovery, including written discovery and depositions. Defendants will not be seeking an extension of the discovery deadline. Nor, on information and belief, will plaintiffs seek any such extension.

3. Undersigned counsel appeared in this case in lieu of defendants' original counsel on September 11, 2003, and has spent much of the time since then attempting to familiarize himself with the voluminous file, completing discovery, and preparing the case for a possible summary judgment motion.

4. Defendants intend to move for summary judgment as to all claims against all defendants. This motion will be time-consuming to prepare, dealing with a complicated factual record and difficult legal issues. Preparing the motion will require careful review of several boxes of documents, preparation of several lengthy affidavits, review and excerpting of deposition transcripts and transcripts of state criminal court proceedings, and preparation of a lengthy brief.

*Motion GRANTED. Senior United States District Judge*