UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WHITE, ET AL. | : | CIVIL ACTION NO. 3:02CV1589(WWE) |
|    *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| NORMAN NAULT, ET AL. | : | |
|    *Defendants* | : | March 5, 2004 |

## **DEFENDANTS' SECOND MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE**

The defendants hereby move to extend the dispositive motion deadline by two months, up to an including May 28 , 2004. In support hereof, the defendants represent as follows:

1. The current dispositive motion deadline is March 30, 2004.

2. The parties have completed discovery in this matter.

3. Undersigned counsel is in the process of preparing a motion for summary judgment as to all claims against all defendants. This motion will be time-consuming to prepare, dealing with a complicated factual record and difficult legal issues. Significant progress has been made in completing the motion.

4. Undersigned counsel has recently been assigned a number of responsibilities relating to the current crisis in state government, including policy/legislative assignments and litigation matters. This includes several matters involving the enforcement of investigatory subpoenas on behalf of the State Ethics Commission and the Whistleblower/Fraud unit of the Office of the Attorney General. These matters are both time sensitive and time consuming. In light of undersigned counsel's other duties, an extension of time is necessary in order for the motion to be adequately prepared.

5. This is the second motion to extend the dispositive motion deadline.

6. Plaintiffs' counsel, Jon Schoenhorn, has informed undersigned counsel that he does not oppose this motion.

7. In fact, Attorney Schoenhorn indicates that he is considering filing a dispositive motion on behalf of the plaintiffs. Attorney Schoenhorn indicates that an extension may be necessary to permit him to receive and review the transcript of a deposition taken in this matter.

For the foregoing reasons, the defendants respectfully request that their motion to extend the dispositive motion deadline be granted.

DEFENDANTS

NORMAN NAULT, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____
PERRY ZINN ROWTHORN
Assistant Attorney General
Federal Bar No. ct19749
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5020
Fax: (860)808-5347
Perry.Zinn-Rowthorn@po.state.ct.us

## **CERTIFICATION**

I hereby certify that the original of the foregoing was served by certified mail, postage prepaid, on this 5th day of March, 2004 to:

Jon L. Schoenhorn
97 Oak Street
Hartford, CT  06106

                                                                                            _____
                                                                                            Perry Zinn Rowthorn
                                                                                            Assistant Attorney General