UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

THOMAS WHITE, ET AL.        :   CIVIL ACTION NO. 3:02CV1589(WWE)
*Plaintiff*                 :
                            :   US DISTRICT COURT
v.                          :   BRIDGEPORT CT
                            :
                            :
NORMAN NAULT, ET AL.        :
*Defendants*                :   March 5, 2004

### DEFENDANTS' SECOND MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

The defendants hereby move to extend the dispositive motion deadline by two months, up to an including May 28, 2004. In support hereof, the defendants represent as follows:

1. The current dispositive motion deadline is March 30, 2004.

2. The parties have completed discovery in this matter.

3. Undersigned counsel is in the process of preparing a motion for summary judgment as to all claims against all defendants. This motion will be time-consuming to prepare, dealing with a complicated factual record and difficult legal issues. Significant progress has been made in completing the motion.

4. Undersigned counsel has recently been assigned a number of responsibilities relating to the current crisis in state government, including policy/legislative assignments and litigation matters. This includes several matters involving the enforcement of investigatory subpoenas on behalf of the State Ethics Commission and the Whistleblower/Fraud unit of the Office of the Attorney General. These matters are both time sensitive and time consuming. In light of undersigned counsel's other duties, an extension of time is necessary in order for the motion to be adequately prepared.

*Motion GRANTED to May 28, 2004.*
*WARREN W. EGINTON*
*Senior United States District Judge*
*3/10/04*