FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAY 19 P 1: 52

U.S. DISTRICT COURT
BRIDGEPORT CONN

| | | |
|---|---|---|
| THOMAS WHITE, ET AL. | : | CIVIL NO. 3:02CV1589(WWE) |
| v. | : | |
| NORMAN NAULT, ET AL. | : | MAY 17, 2004 |

### MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF FORTY PAGES

Pursuant to Local Rule 7, the defendants in the above-captioned matter hereby seek leave to file a memorandum in support of their motion for summary judgment in excess of forty pages. In support hereof the defendants represent as follows:

1. This civil rights action is brought by three plaintiffs against five current and former officials of the Connecticut State Police. Plaintiffs allege that the defendants violated their rights under the Fourth and Fourteenth Amendments to the United States Constitution by submitting false or materially incomplete affidavits in support of warrants for their arrest.

2. Defendants are in the process of preparing a comprehensive motion for summary judgment on all claims against all defendants. In order to fully present the necessary factual background and legal argument, the memorandum in support of that motion must exceed forty pages in length. The facts underlying this matter are complex and detailed, involving three separate arrests and three overlapping and complex criminal investigations.

3. Undersigned counsel is making every reasonable effort to exclude extraneous and unnecessary material from the memorandum. Despite best efforts, it is likely that the memorandum will be approximately fifty to sixty pages in length.

Wherefore, the defendants respectfully request that their motion be granted.

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge  5/21/04