UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS WHITE, : | |
| HENRY BOURGEOIS and : | |
| GLORIA MARION : | |
|    *Plaintiffs*, : | |
| : | CIVIL ACTION NO. |
| v. : | 3:02CV1589 (WWE) |
| : | |
| NORMAN NAULT, : | |
| KAREN O CONNOR, : | |
| JOHN ZAMOSKI, : | |
| JOHN TURNER and : | |
| LARRY GIBEAULT : | |
|    *Defendants*. : | MAY 26, 2004 |

**MOTION FOR ENLARGEMENT OF TIME
TO FILE DISPOSITIVE MOTION**

Pursuant to Federal Rule of Civil Procedure 6 (b), and District of Connecticut Rule 9(b), the parties jointly move this Court for a modification of the current Scheduling Order, by extending the time by one week until June 4, 2004, to file dispositive motions. This is plaintiff s second motion for modification  In support hereof plaintiffs state as follows:

    1.    Plaintiffs  counsel started trial, May 26, 2004, in Gregoire Girard v. Sarah Doherty, et al., docket # CV04-0832599, in Hartford Superior Court and needs more time to review materials for the purpose of  filing of a statement of material facts not in dispute and complete a memorandum of law in support of summary judgment.

    2.    The plaintiffs  counsel just received additional materials today, which must be reviewed and incorporated into the summary judgment motion.

    3.    Defense counsel indicated that he has no objection to this Motion.

    WHEREFORE, the plaintiffs request that this motion be granted.

                    THE PLAINTIFFS,

                BY:_____S/S_____
                  Jon L. Schoenhorn
                  Federal Bar No. ct00119
                  Jon L. Schoenhorn & Associates
                  97 Oak Street
                  Hartford, CT 06106
                  Tel: (860)278-3500
                  Fax: (860)278-6393

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, first class postage prepaid, in accordance with the Federal Rules of Civil Procedure on this 26th day of May, 2004, to the following counsel of record:

Perry Zinn Rowthorn, Esq.
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

                                              _____S/S_____
                                              Jon L. Schoenhorn

*F:\SHARED\CLIENTS\White, T\Pleadings\mod sched2*

Perry Zinn Rowthorn, Esq.
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120