UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WHITE, ET AL., *PLAINTIFFS* | : | CIVIL ACTION NO. 3:02CV1589(WWE) |
| v. | : | |
| NORMAN NAULT, ET AL. *DEFENDANTS* | : | May 27, 2004 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal and Local Rules of Civil Procedure, defendants hereby move for summary judgment. Submitted herewith are a memorandum of law, statement of material facts not in dispute and exhibits. This civil rights action arises out of the arrests of the plaintiffs, the former sheriff of Windham County, Thomas White, and two of his chief assistants, Gloria Marion and Henry Bourgeois. The defendants are current and retired state police officials. Plaintiffs allege that the defendants falsified or omitted material facts from affidavits submitted in support of the warrants for their arrest on a variety of charges relating to witness tampering and obstruction of justice.

Plaintiffs fail as a matter of law to state a claim for violation of any state or federal constitutional right. In particular, none of the defendants knew at the time the warrant affidavits were prepared that any information contained therein was false; nor did any possess any information that was omitted from the warrants that would have undermined a probable cause finding. Thus, none of the defendants possessed the requisite mental state to state a claim against them based on the submission of a false or materially incomplete warrant affidavit.

**ARGUMENT REQUSTED/TESTIMONY NOT REQUIRED**

Moreover, the defendants are clearly entitled to qualified immunity from an award of money damages.

The defendants, therefore, respectfully request that summary judgment be granted in their favor on all claims.

DEFENDANTS, NORMAN NAULT, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Perry Zinn Rowthorn
Assistant Attorney General
Federal Bar No. ct
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5347
Perry.Zinn-Rowthorn@po.state.ct.us

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 27th day of May, 2004 to:

Jon Schoenhorn, Esq.
97 Oak St.
Hartford, CT 06106

_____
Perry Zinn Rowthorn
Assistant Attorney General

2