UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS WHITE, HENRY BOURGEOIS and GLORIA MARION, *Plaintiffs*, | : : : : |
| v. | : CIVIL ACTION NO. : 3:02CV1589 (WWE) : |
| NORMAN NAULT, KAREN O'CONNOR, JOHN SZAMOCKI, JOHN TURNER and LARRY GIBEAULT *Defendants*. | : : : : JUNE 4, 2004 |

### PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT

The plaintiffs, pursuant to Rule 56 of the Federal and Local Rules of Civil Procedure, hereby move for summary judgment on all counts of their complaint against all defendants. The plaintiffs submit that the pleadings, depositions, testimony and affidavits, show that there is no genuine issue as to any material fact and that plaintiffs are entitled to judgment as a matter of law.

In support hereof, the plaintiffs submit their statement of material facts not in dispute, exhibits, and a memorandum of law.

WHEREFORE, the plaintiffs ask that their motion be granted.

Dated at Hartford, CT this 3rd day of June, 2004

THE PLAINTIFFS – THOMAS WHITE,
HENRY BOURGEOIS AND GLORIA MARION

BY: _____
Jon L. Schoenhorn
Federal Bar No. ct00119
Jon L. Schoenhorn & Associates
97 Oak Street
Hartford, CT 06106
Tel: (860)278-3500

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, first class postage prepaid, in accordance with the Federal Rules of Civil Procedure, on this 3rd day of June, 2004, to the following counsel of record:

Perry Zinn Rowthorn, Esq.
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
Jon L. Schoenhorn

F:\SHARED\CLIENTS\White, T\sj-motion(white)