UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WHITE, | : | CIVIL ACTION NO. |
| HENRY BOURGEOIS, and | : | 3:02CV1589 (WWE) |
| GLORIA MARION, | : | |
|     Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| NORMAN NAULT, | : | |
| KAREN O CONNOR, | : | |
| JOHN SZAMOCKI, | : | |
| JOHN TURNER, and | : | |
| LARRY GIBEAULT | : | |
|     Defendants | : | JUNE 4, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiffs, Thomas White, *et al.,* have manually filed exhibits 1 through 40 that were attached to the Rule 56(e) Statement.

These documents have not been filed electronically because the documents cannot conveniently be converted to an electronic format and/or the electronic file size of the documents exceeds 1.5 megabytes.

                                                                         THE PLAINTIFFS,

                                                                         By: _____
                                                                               Jon L. Schoenhorn  ct00119
                                                                               Jon L. Schoenhorn & Associates

## **CERTIFICATION**

  I hereby certify that a copy of the foregoing was mailed first class, postage prepaid, and/or hand-delivered to the following counsel of record, this 4th day of June, 2004:

Perry Zinn Rowthorn, Esq.
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

                Jon L. Schoenhorn