UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WHITE, ET AL.<br>*Plaintiff* | : | CIVIL ACTION NO. 3:02CV1589(WWE) |
| v. | : | |
| NORMAN NAULT, ET AL.<br>*Defendants* | : | June 7, 2004 |

FILED 2004 JUN -9 P 1:0[ ]
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## JOINT MOTION TO EXTEND DEADLINE BY WHICH TO RESPOND TO CROSS MOTIONS FOR SUMMARY JUDGMENT

The parties in the above-captioned matter hereby jointly move to extend the deadline by which to respond to each other's cross motions for summary judgment. The parties respectfully request that that the deadline for submission of memoranda in opposition to summary judgment be extended until August 9, 2004. In support hereof, the parties represent as follows:

1. The defendants moved for summary judgment on May 27, 2004.

2. The plaintiffs cross-moved for summary judgment on June 3, 2004.

3. Both motions are complex and will require each side to conduct extensive legal and factual research in order to properly respond to the other's motion.

4. In light of the complexity of the motions, as well as the work responsibilities and vacations schedules of counsel, an extension of time is necessary.

5. This is the first motion to extend the deadline by which to oppose summary judgment.

6. Plaintiffs' counsel, Jon Schoenhorn, has no objection to this motion and, in fact, asked that it be styled as a joint motion.

For the foregoing reasons, the parties jointly request that their motion to extend the deadline by which to file memoranda in opposition to summary judgment be granted.

DEFENDANTS

NORMAN NAULT, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
PERRY ZINN ROWTHORN
Assistant Attorney General
Federal Bar No. ct19749
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5347
Perry.Zinn-Rowthorn@po.state.ct.us

## CERTIFICATION

I hereby certify that the original of the foregoing was served by certified mail, postage prepaid, on this 7th day of June, 2004 to:

Jon L. Schoenhorn
97 Oak Street
Hartford, CT 06106

_____
Perry Zinn Rowthorn
Assistant Attorney General

2