UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WHITE, ET AL.<br>*Plaintiff* | : | CIVIL ACTION NO. 3:02CV1589(WWE) |
| v. | : | |
| NORMAN NAULT, ET AL.<br>*Defendants* | : | June 7, 2004 |

## JOINT MOTION TO EXTEND DEADLINE BY WHICH TO RESPOND TO CROSS MOTIONS FOR SUMMARY JUDGMENT

The parties in the above-captioned matter hereby jointly move to extend the deadline by which to respond to each other's cross motions for summary judgment. The parties respectfully request that the deadline for submission of memoranda in opposition to summary judgment be extended until August 9, 2004. In support hereof, the parties represent as follows:

1. The defendants moved for summary judgment on May 27, 2004.

2. The plaintiffs cross-moved for summary judgment on June 3, 2004.

3. Both motions are complex and will require each side to conduct extensive legal and factual research in order to properly respond to the other's motion.

4. In light of the complexity of the motions, as well as the work responsibilities and vacations schedules of counsel, an extension of time is necessary.

5. This is the first motion to extend the deadline by which to oppose summary judgment.

6. Plaintiffs' counsel, Jon Schoenhorn, has no objection to this motion and, in fact, asked that it be styled as a joint motion.

Motion GRANTED to Aug. 9, 2004
WARREN W. EGINTON
Senior United States District Judge 6/29/04