

FILED
2004 MAY 27 P 12: 38
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THOMAS WHITE,
HENRY BOURGEOIS and
GLORIA MARION
    *Plaintiffs*,

v.

NORMAN NAULT,
KAREN O'CONNOR,
JOHN ZAMOSKI,
JOHN TURNER and
LARRY GIBEAULT
    *Defendants*.

: CIVIL ACTION NO.
: 3:02CV1589 (WWE)
:
:
:
:
:
: MAY 26, 2004

**MOTION FOR ENLARGEMENT OF TIME
TO FILE DISPOSITIVE MOTION**

Pursuant to Federal Rule of Civil Procedure 6 (b), and District of Connecticut Rule 9(b), the parties jointly move this Court for a modification of the current Scheduling Order, by extending the time by one week until June 4, 2004, to file dispositive motions. This is plaintiff's second motion for modification In support hereof plaintiffs state as follows:

1. Plaintiffs' counsel started trial, May 26, 2004, in Gregoire Girard v. Sarah Doherty, et al., docket # CV04-0832599, in Hartford Superior Court and needs more time to review materials for the purpose of filing of a statement of material facts not in dispute and complete a memorandum of law in support of summary judgment.

2. The plaintiffs' counsel just received additional materials today, which must be reviewed and incorporated into the summary judgment motion.

3. Defense counsel indicated that he has no objection to this Motion.

WHEREFORE, the plaintiffs request that this motion be granted.

[Handwritten margin notes: "Motion GRANTED to June 4, 2004 nunc pro tunc / WARREN W. EGINTON / Senior United States District Judge / 7/22/04"]

[Stamp: FILED 2004 JUL 23 A 9:17 U.S. DISTRICT COURT BRIDGEPORT]