UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WHITE, ET AL. | : | CIVIL NO. 3:02CV1589(WWE) |
| v. | : | |
| NORMAN NAULT, ET AL. | : | JULY 29, 2004 |

## MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF FORTY PAGES

Pursuant to Local Rule 7, the defendants in the above-captioned matter hereby seek leave to file a memorandum in opposition to plaintiffs' cross-motion for summary judgment in excess of forty pages. In support hereof the defendants represent as follows:

1. This civil rights action is brought by three plaintiffs against five current and former officials of the Connecticut State Police. Plaintiffs allege that the defendants violated their rights under the Fourth and Fourteenth Amendments to the United States Constitution by submitting false or materially incomplete affidavits in support of warrants for their arrest.

2. Defendants filed a motion for summary judgment dated May 27, 2004, in support of which undersigned counsel was granted leave to file a brief in excess of forty pages.

3. On or about, June 3, 2004, plaintiffs cross-moved for summary judgment.

4. The arguments against plaintiffs' summary judgment motion are generally the same as those set out in defendants' brief in support of their own summary judgment motion, which the court permitted to be in excess of forty pages. Thus, in order to appropriately oppose summary judgment, defendants again request leave to file a brief in excess of forty pages.

Wherefore, the defendants respectfully request that their motion be granted.