**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| THOMAS WHITE, ET AL., | : | CIVIL ACTION NO. |
| Plaintiffs | : | 3:02CV1589 (WWE) |
| | : | |
| V. | : | |
| | : | |
| NORMAN NAULT, ET AL., | : | |
| Defendants | : | August 9, 2004 |

## PLAINTIFFS' OBJECTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs submit this objection to the defendants' motion for summary judgment. The plaintiffs claim that, as to the issues raised by the defendants, there remain genuine issues of material fact that require a trial or that should be resolved in the plaintiffs' favor. In support thereof, the plaintiffs submit the following:

1. Memorandum in Opposition to Defendants' Motion for Summary Judgment

2. Rule 56(a)(2) Statement

3. Exhibits

   A1: Affidavit of Henry Bourgeois dated June 29, 2004

   A2: Memo from Eileen Meehan to Thomas White dated November 18, 1999

   A3: Deposition of Henry Bourgeois pp. 41-42 dated December 2, 2003

   A4: Affidavit of Attorney Pamala J. Favreau dated August 8, 2004

THE PLAINTIFFS – THOMAS WHITE,
HENRY BOURGEOIS AND GLORIA MARION

BY: _____
Jon L. Schoenhorn
Federal Bar No. ct00119
Jon L. Schoenhorn & Associates
97 Oak Street
Hartford, CT 06106
Tel: (860)278-3500
Fax: (860)278-6393

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, first class postage prepaid, or hand delivered in accordance with the Federal Rules of Civil Procedure on this 9th day of August, 2004, to the following counsel of record:

Perry Zinn Rowthorn, Esq.
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
Jon L. Schoenhorn

F:\SHARED\CLIENTS\White, T\Pleadings\56(a)(2)