**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
THOMAS WHITE, HENRY BOURGEOIS :
and GLORIA MARION,             :
          Plaintiffs           :
                               :     3:02CV1589 (WWE)
     v.                        :
                               :
NORMAN NAULT, KAREN O'CONNOR,  :
JOHN SZAMOCKI, JOHN TURNER     :
and LARRY GIBEAULT,            :
          Defendants           :     February 18, 2005
```

RULING ON CROSS MOTIONS FOR SUMMARY JUDGMENT

This is a civil rights action brought pursuant to 42 U.S.C. sections 1983 and 1988; the First, Fourth and Fourteenth Amendments to the United States Constitution; and Article I, sections seven and nine of the Connecticut Constitution, alleging violations of the plaintiffs' civil rights by five named state police officials.  The plaintiffs allege that the defendants acted either individually, jointly or severally, and in conspiracy with one another in order to deprive the plaintiffs of their constitutional rights, namely (1) the right to be free from arbitrary and unlawful arrest and unreasonable search and seizure; (2) the right not to be arrested pursuant to an arrest warrant that contained deliberate falsehoods and/or omitted material statements of fact, in reckless disregard of the truth, and therefore issued without probable cause; (3) the right to be free from arbitrary and malicious prosecution; and (4) the right to equal protection under the law.  The plaintiffs allege that the defendants brought retaliatory action against the plaintiffs after the plaintiffs brought allegations of misconduct against public officials, thereby violating the plaintiffs'

constitutional rights under both the federal and Connecticut constitutions.

Pending before the Court are the parties' cross motions for summary judgment. The competing motions for summary judgment each rely on affidavits that aver to differing versions of the facts. Accordingly, the issues of credibility and disputed issues of material fact preclude entry of summary judgment in either party's favor.

CONCLUSION

For the foregoing reasons, the motions for summary judgment [docs. #33 and 34] are DENIED.

SO ORDERED.

_____/s/_____
Warren W. Eginton, Senior U.S. District Judge

Dated at Bridgeport, Connecticut this 18th day of February, 2005.