UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WHITE, ET AL. | : | CIVIL ACTION NO. 3:02CV1589(WWE) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| NORMAN NAULT, ET AL. | : | |
| *Defendants* | : | March 14, 2005 |

## DEFENDANTS' FIRST MOTION TO EXTEND TRIAL MEMORANDUM DEADLINE

The defendants hereby move to extend the deadline for submission of the trial deadline until 30 days after the status conference scheduled in this matter for April 13, 2005 or such other time as the Court establishes at the status conference. In support hereof, the defendants represent as follows:

1. The current deadline for the trial memorandum is 30 days after a ruling on summary judgment. The Court denied the parties' cross-motions for summary judgment by order dated February 18, 2005. Accordingly, the parties' trial memorandum is due on or about March 20, 2005.

2. This matter has been scheduled for a status conference on April 13, 2005.

3. In addition to his other duties, undersigned counsel is completing discovery and preparing for trial in ACORN v. Bysiewicz, 3:04cv1627(MRK), a case involving a constitutional challenge to Connecticut's 14-day voter registration. That case, which was filed in late October of 2004 is proceeding on an expedited basis, with trial scheduled to commence on April 28, 2005. Because of the expedited nature of the ACORN case, it is at present an extremely time

consuming matter. Thus, in light of undersigned counsel's other duties, an extension of time is necessary in order for the pre-trial memorandum to be adequately prepared.

4.   This is the first motion to extend the pretrial memorandum deadline.

5.   Plaintiffs' counsel, Jon Schoenhorn, has informed undersigned counsel that he does not oppose this motion.

For the foregoing reasons, the defendants respectfully request that their motion to extend the pretrial memorandum deadline be granted.

                DEFENDANTS

                NORMAN NAULT, ET AL.

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

BY:   _____
      PERRY ZINN ROWTHORN
      Assistant Attorney General
      Federal Bar No. ct19749
      55 Elm Street
      P.O. Box 120
      Hartford, CT  06141-0120
      Tel: (860) 808-5020
      Fax: (860)808-5347
      Perry.Zinn-Rowthorn@po.state.ct.us

## **CERTIFICATION**

I hereby certify that the original of the foregoing was served by certified mail, postage prepaid, on this 14th day of March, 2005 to:

Jon L. Schoenhorn
97 Oak Street
Hartford, CT  06106

_____
Perry Zinn Rowthorn
Assistant Attorney General