**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| THOMAS WHITE, ET AL., | : | CIVIL ACTION NO. |
| Plaintiffs | | 3:02CV1589 (WWE) |
| | : | |
| V. | : | |
| | : | |
| NORMAN NAULT, ET AL., | : | |
| Defendants | : | September 13, 2005 |

<u>**TRIAL PREPARATION ORDER**</u>

**I.    PLAINTIFF'S PROPOSED EXHIBITS**

The Plaintiff reserves the right to introduce as his own evidence, any exhibits proposed by the defendant that are not subject to plaintiff's objection.

1.    Arrest warrant/affidavit in support of arrest of Thomas White

2.    Arrest warrant/affidavit in support of arrest of Gloria Marion

3.    Arrest warrant/affidavit in support of arrest of Henry Bourgeois

4.    Continuation of investigation report of Karen O'Connor, August 9, 1999

5.    Continuation of investigation report of Norman Nault, July 20, 1999

6.    Continuation of investigation report of Norman Nault, September 30, 1999

7.    Continuation of investigation report of Norman Nault, October 7, 1999

8.    Continuation of investigation report of Norman Nault, September 13, 2000

9.    Continuation of investigation report of Norman Nault, October 16, 2001

10.    Continuation of investigation report of John Szamocki, July 26, 1999

11.    Continuation of investigation report of Mike Contre, September 24, 1999

12.     Special Prosecutor's Final Report (Coe Report) (Excerpts), July 25, 2001

13.     Inventory of property seized without a search warrant, July 20, 1999

14.     Uniform arrest report of Thomas White, September 13, 1999

15.     Uniform arrest report of Gloria Marion, September 19, 1999

16.     Uniform arrest report of Henry Bourgeois, September 15, 1999

17.     Memorandum from Thomas Davoren to Lawrence Gibeault, July 15, 1999

18.     Memorandum from Lawrence Gibeault to John Rearick, July 19, 1999

19.     Memorandum from Thomas White to Henry Bourgeois, June 3, 1999

20.     Letter from Atty. Arthur Meisler to John M. Bailey, July 13, 1999

21.     Ethics Statement and the Code of Conduct, State of Connecticut Office of the County Sheriffs

22.     Connecticut General Statutes §§9-333d(b)

23.     Connecticut General Statutes  9-333x(10)

24.     Connecticut General Statutes §29-7

25.     Connecticut General Statutes §53-395(c)

26.     Connecticut General Statutes §53a-3(9)

27.     Connecticut General Statutes §53a-8(a)

28.     Connecticut General Statutes §53a-48

29.     Connecticut General Statutes §53a-49(a)(2)

30.     Connecticut General Statutes §53a-92(a)(2)(D)

31.     Connecticut General Statutes §53a-95

32.     Connecticut General Statutes §53a-96

33.     Connecticut General Statutes §53a-149

34.     Connecticut General Statutes §53a-151

35.     Connecticut General Statutes §§53a-165(2) and 53a-165(4)

36.     Connecticut General Statutes §53a-167(a)

37.     Connecticut General Statutes §§53a-192(a)(2) and 53a-192(a)(3)

38.     Statement of Aaron AuClair, July 20, 1999

39.     Statement of Aaron AuClair, July 21, 1999

40.     Statement of Henry Bourgeois, May 21, 2004

41.     Tape of meeting between Gloria Marion and Aaron AuClair, July 19, 1999

      41a.     Transcript of 7/19/99 meeting – version 1

      41b.     Transcript of 7/19/99 meeting – version 2

42.     Memorandum of Decision re: motion to disqualify the Office of the State's Attorney for the Windham Judicial District, January 10, 2000

43.     Transcript of dismissal of charges of Henry Bourgeois, July 27, 2001

44.     Certified copy of dismissal of charges of Henry Bourgeois

45.     Transcript of nolle of charges against Plaintiffs, July 27, 2001

46.     Certified copy of nolle of charges of Plaintiffs

47.     Written Statement of Laurie Parent to Connecticut State Police, July 21, 1999

3

48.    Interdepartmental message, June 7, 1999

49.    Records Management Manual

50.    Records Disposal Authority

51.    Sheriff's Department policy statement and implementation procedure

52.    Letter of expectations

53.    Memorandum regarding sheriff's filing system

54.    Campaign flyer

55.    Lock-up list of prisoners

56.    CS-5 Training form

57.    Policy on Inventory Control

58.    Statement of John Wisnieski, July 22, 1999, initiated at 10:56

59.    Statement of John Wisnieski, July 22, 1999, initiated at 12:40

60.    Statement of John Wisnieski, July 22, 1999, initiated at 14:03

61.    Statement of Assistant State's Attorney Debra Collins

62.    Photo of Stairway/Interview Room at Willimantic Superior Court

63.    Photo of door mechanism at Willimantic Superior Court lockup

64.    Photo of desk in sheriff's room @ Willimantic Superior Court

65.    Photo of interview room w/table and chairs @ Willimantic Superior Court

66.    Photo of doorway to interview room @ Willimantic Superior Court

67.    Photo of doorway to room @ Willimantic Superior Court

68.    Photo of doorway @ Willimantic Superior Court

69.    Memorandum to SDS, dated May 21, 1998

70.    Memorandum to State's Attorney Mark Solak, dated Dec. 2, 1997

71.    Memorandum to Asst. State's Attorney Stabile, dated Dec. 5, 1997

72.    Thank you note sent to Gloria Marion, dated Feb. 24, 1998

73.    Memorandum to Gloria Marion, Re: Disciplinary Action, dated May 17, 1999

74.    Letter to Marion Application

75.    List of returned equipment filed by Deputy Sheriff Collins

76.    Letter to Connecticut Attorney General, March 18, 1998

77.    Statement of Detective Hayes, June 4, 1999

## II.     PLAINTIFF'S LIST OF WITNESSES

[The plaintiff reserves the right to call in his case in chief any witness identified by the defendant in addition to the defendants themselves]

Thomas White: The plaintiff will testify about the allegations contained in the complaint; the events leading up to his arrest on or about September 13, 1999, the consequences of his arrest, and the damages he suffered as a result.
May be contacted through undersigned counsel.

Gloria Marion: The plaintiff will testify about the allegations contained in the complaint; the events leading up to her arrest on or about September 13, 1999, the consequences of her arrest, and the damages she suffered as a result.
May be contacted through undersigned counsel

Henry Bourgeois: The plaintiff will testify about the allegations contained in the complaint; the events leading up to his arrest on or about September 15, 1999, the consequences of his arrest, and the damages he suffered as a result.
May be contacted through undersigned counsel

Rene Marion: will testify about the impact of the arrest on Gloria Marion.
27 Cloran Street
Putnam, CT 06260
Jennifer Green: will testify about the impact of the arrest on Gloria Marion..

Ryan Marion: will testify about the impact of the arrest on Gloria Marion.
27 Cloran Street
Putnam, CT 06260

Wilfred Blanchette: will testify about the impact of the arrest on Henry Bourgeois.
91 School Hill Road
Baltic, CT 06330

Estelle R. Bourgeois: will testify about the impact of the arrest on Henry Bourgeois and his family.
136 Pompeo Road
North Grosvenordale, CT 06255 high

6

Charles H. Bourgeois: will testify about the impact of the arrest on Henry Bourgeois and his family.
46 Sand Dam Road
Thompson, CT 06277

Debra Collins: will testify about the internal investigation into document shredding and erasure of files from department computers, and her personal involvement in the shredding activity and the institution of criminal investigations against Plaintiffs White, Marion and Bourgeois.
20 Franklin Square
New Britain, CT

John Novak: expected to testify about witnessing and reporting the paper shredding incident.
155 Church Street
Putnam, CT 06260

Detective Michael Contre: expected to testify about his and defendants' involvement in the paper shredding investigation and investigation of the plaintiffs.
Connecticut State Police

Detective Sarrant:  expected to testify about his and defendants' involvement in the paper shredding investigation and investigation of the plaintiffs.
Connecticut State Police

Lt. Thomas Davoren: will testify to discussions with Defendant Szamocki and other defendants regarding the paper shredding investigation and investigation of the plaintiffs.
55 Westcott Road
Danielson, CT 06239


Major John J. Rearick: expected to testify about involvement in commencement of investigation of paper shredding incident and investigation of plaintiffs, including discussions with defendants.
55 Westcott Road
Danielson, CT 06239

Patricia Lempicki: formerly of Hartford Office of County Sherrifs expected to testify about authorization to begin investigation into paper shredding incident, and procedures for removal of Sheriff's Department files, equipment, software and records.

David Griffith: will testify about his involvement in paper shredding investigation.
Current address unknown

Ruth Simmons: will testify about preparation of transcripts of conversation between Plaintiff
Marion and Aaron Auclair, and subsequent alteration of same.
Superior Court – State's Attorney's Office
120 School Street
Danielson, CT 06239

John Wisnieski: will testify about witnessing and reporting, the shredding of documents at the
Windham Sheriff's Office.
713 Upper Maple Street
Danielson, CT 06239

Adele Dery: expected to testify about her conversations with Defendant Nault regarding the
erasure of files and removal of software from the sheriff's computers.
52 Ring St
Putnam, CT 06260-2116

Attorney Glen Coe: will testify about investigation into accusations against Plaintiffs, and
decision to terminate prosecution
Rome, McGuigan & Sabinosh
One State Street 13th Floor
Hartford, CT 06106

Russell Downer: expected to testify about the inter-workings of the sheriff's department under
James Kenney and Plaintiff White, as well as the physical lay-out of the interview room where
the Auclairs were questioned, and conversations with defendants.
262 East Quasset Road
Woodstock, CT 06281

Laurie Parent: expected to testify about request for authorization for shredding of court
documents.
765 Asylum Avenue
Hartford, CT 06105

Jack Ryan: expert on police procedures, will testify about preparation of arrest warrants, and the necessity of determining the existence of probable cause and inclusion of exculpatory material
PO Box 622
Greenville, RI 02828

Attorney Richard Brown, or designee: testify about nature and cost of defense of Henry Bourgeois
Glastonbury, CT 06033

Attorney Joseph Courtney, or designee: testify about nature and cost of his firm's representation of Thomas White
Vernon, CT 06066

Paul J. Guillot:  will testify about the impact of the arrest on Henry Bourgeois
North Grovesnordale, CT

James Schmitt- will testify about the impact of the arrest on Henry Bourgeois, and will also testify about conversations  with Lieutenant Davoren and Defendant Gibeault about Henry Bourgeois.

Ann Marie White - Will testify to emotional trauma and toll of arrest on Thomas White
41 Oxbow Drive
Willimantic, Ct 06226

Donald White - Will testify to emotional trauma and toll of arrest on Thomas White
41 Stonegate Manor
N. Windham, CT 06256

Dennis O'Brien - Will testify to emotional trauma and toll of arrest on Thomas White
34 Bellevue Street
Willimantic, CT 06226

Dawn Niles - Will testify to emotional trauma and toll of arrest on Thomas White
14 Evelyn Dr.
Windham, CT 06280

Diane Marion - Will testify to emotional trauma and toll of arrest on Thomas White
P.O. box 631
Willimantic, CT 06226

THE PLAINTIFFS – THOMAS WHITE,
HENRY BOURGEOIS AND GLORIA MARION

BY: _____
Jon L. Schoenhorn
Federal Bar No. ct00119
Jon L. Schoenhorn & Associates
97 Oak Street
Hartford, CT 06106
Tel: (860)278-3500
Fax: (860)278-6393

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, first class postage prepaid, or hand delivered in accordance with the Federal Rules of Civil Procedure on this 13th day of September, 2005, to the following counsel of record:

Perry Zinn Rowthorn, Esq.
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
Jon L. Schoenhorn

10