UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WHITE, ET AL. | : | CIVIL ACTION NO. 3:02CV1589(WWE) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| NORMAN NAULT, ET AL. | : | |
| *Defendants* | : | September 16, 2005 |

**DEFENDANTS' FIRST MOTION**
**TO CONTINUE JURY SELECTION AND TRIAL DATES**

The Defendants, with the consent and concurrence of Plaintiffs, hereby move to extend the current date for the commencement of jury selection and trial by one month to November 28, 2005 or such other date as is convenient for the Court. In support hereof, undersigned counsel represents as follows:

1. The current date for jury selection and commencement of trial in this matter is October 24, 2005.

2. On September 12, 2005, the parties attended a settlement conference with Magistrate Fitzsimmons in an effort to resolve this case in its entirety without the necessity of a trial. While the case has not settled, the parties made significant progress towards settlement at the conference.

3. Since the conference, the counsel have continued discussions towards a resolution.

4. Magistrate Fitzsimmons indicated that she will review additional materials relating to the case and contact counsel to offer additional thoughts concerning settlement. Magistrate

Fitzsimmons has also generously offered to lend additional assistance, including conducting additional discussions with the parties, in resolving this matter.

5.  Counsel for both sides continue to discuss settlement with their clients. In light of the status of settlement discussions, undersigned counsel must consult further with both the Litigation Management Committee of the Office of the Attorney General and relevant officials of the Connecticut Department of Public Safety.

6.  Counsel for both sides agree that further discussions towards a resolution should be undertaken and that a limited, one-month extension of the trial date is necessary to give those discussions the best opportunity to succeed without unduly delaying a resolution of this case.

7.  This is the first motion to extend the trial date.

8.  Plaintiffs' counsel, Jon Schoenhorn, consents to this request.

For the foregoing reasons, the defendants respectfully request that the Court grant their motion to continue the commencement of jury selection and trial by one month to November 28, 2005 or such other date as is convenient for the Court.

DEFENDANTS

NORMAN NAULT, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
PERRY ZINN ROWTHORN
Assistant Attorney General
Federal Bar No. ct19749
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5020
Fax: (860)808-5347
Perry.Zinn-Rowthorn@po.state.ct.us

## **CERTIFICATION**

I hereby certify that the original of the foregoing was served by certified mail, postage prepaid, on this 16th day of September, 2005 to:

Jon L. Schoenhorn
97 Oak Street
Hartford, CT  06106

_____
Perry Zinn Rowthorn
Assistant Attorney General