SETTLEMENTS IN CASES ASSIGNED FOR TRIAL MUST BE REPORTED TO CHAMBERS ON OR BEFORE MONDAY, NOVEMBER 21, 2005. IN THE ABSENCE EXPLANATION FOR FAILURE TO PROVIDE NOTICE OF SETTLEMENT ON OR BEFORE THAT DATE, COSTS MAY BE TAXED AGAINST AN OFFENDING PARTY.SO AS TO EXPEDITE AN ORDERLY PROCEEDING, ATTORNEYS MUST FILE THEIR LIST OF EXHIBITS AND WITNESS LISTS IN DUPLICATE ON THE DATE OF JURY SELECTION. THE EXHIBIT LIST SHOULD BE ARRANGED SO THAT EXHIBITS APPEAR IN THE ORDER THEY ARE PROPOSED TO BE ENTERED AT TRIAL. FURTHER, THE EXHIBITS ARE TO BE MARKED BY EACH ATTORNEY ACCORDING TO THE ORDER THEY APPEAR ON THE LIST. PLAINTIFF'S EXHIBITS ARE TO BEGIN WITH NUMBER ONE (1) AND DEFENDANT'S EXHIBITS ARE TO BEGIN WITH NUMBER FIVE HUNDRED AND ONE (501).EXHIBITS NOT OBJECTED TO ARE TO BE MARKED IN FULL, BUT NOT FOR IDENTIFICATION, WITH THE COURTROOM DEPUTY CLERK EITHER ON THE DAY OF JURY SELECTION OR ON THE FIRST DAY OF TRIAL. OBJECTIONS OTHER THAN TO AUTHENTICITY, MAY BE MADE TO THE COURT AS THE EXHIBITS ARE OFFERED.EXHIBITS MUST BE PREPARED FOR INSERTION IN AN EMPTY LOOSE LEAF NOTEBOOK. PARTIES MUST PROVIDE A SET OF EXHIBITS AND AN EMPTY LOOSE LEAF NOTEBOOK FOR EACH JUROR. EACH JUROR EXHIBIT WILL BE PLACED IN THE LOOSE LEAF NOTEBOOK BEHIND A NUMBERED TAB UPON ADMISSION DURING TRIAL. THE COURT AND OPPOSING COUNSEL SHOULD ALSO BE PROVIDED WITH A LOOSE LEAF NOTEBOOK WITH ALL EXHIBITS ALREADY INSERTED THEREIN.