UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS WHITE, ET AL., <br> Plaintiffs | : | CIVIL ACTION NO. <br> 3:02CV1589 (WWE) |
| V. | : | |
| NORMAN NAULT, ET AL., <br> Defendants | : | NOVEMBER 1, 2005 |

## STIPULATION FOR DISMISSAL

Having resolved this matter, the parties hereby stipulate to a dismissal of this action without costs to any party.

THE PLAINTIFFS,
THOMAS WHITE, GLORIA
MARION, HENRY BOURGEIOS

By: _____
Jon L. Schoenhorn
Jon L. Schoenhorn & Associates
97 Oak Street
Hartford, CT 06106
Tel. (860) 278-3500
Fax (860) 278-6393
Federal Bar No. ct00119
Their Attorney

THE DEFENDANTS,
NORMAN NAULT, ET AL

By: _____
Perry Zinn Rowthorn
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel. (860) 808-5020
Their Attorney